UNITED STATES of America,
Plaintiff–Appellee

v.

Marcel CORONA–DURANGO,
Defendant–Appellant.

No. 07–10857

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 24, 2008.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

---

388

Marcel Corona–Durango, Spur, TX, pro se.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Marcel Corona–Durango was convicted of illegal reentry into the United States and sentenced to serve 36 months in prison. He now appeals his sentence, which exceeds the advisory guidelines range, and argues that it is unreasonable and that the district court committed several errors when formulating his sentence. Corona–Durango contends that the district court placed too much emphasis on his criminal history, did not give proper consideration to the guidelines sentencing range, improperly balanced the sentencing factors found in 18 U.S.C. § 3553, did not give due consideration to the relative seriousness of his offense, and did not consider whether a sentence of probation would result in unwarranted sentencing disparity. Because Corona–Durango did not raise these specific claims of error in the district court, review is for plain error only. *See United States v. Hernandez–Martinez,* 485 F.3d 270, 272–73 (5th Cir.2007).

Corona–Durango has shown no error, plain or otherwise, in connection with his sentence. To the contrary, our review of the record shows that the district court committed no procedural error at sentencing, and the sentence imposed is substantively reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597,

---

169 L.Ed.2d 445 (2007). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.